# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 17-00058-DOC (AGRx) | Date | November 15, 2023 |
|---|---|---|---|
| Title | Federal Trade Commission v. Aaron Michael Jones, et al. | | |

| Present: The Honorable | David O. Carter, United States District Judge |
|---|---|

| Karlen Dubon | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Movant: |
|---|---|
| n/a | n/a |

**Proceedings:** **(In Chambers) ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed Movant Stacey Yim's motion to quash the subpoena to third party Bank of America ("Motion"), Plaintiff Federal Trade Commission's opposition to Movant's Motion, Movant's reply, the briefings and records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that the Movant Stacey Yim's motion to quash the subpoena to Bank of America (Dkt. No. 103) is denied. The FTC has shown "a demonstrable reason to believe that the law enforcement inquiry is legitimate and a reasonable belief that the records sought are relevant to that inquiry." 12 U.S.C. § 3410(c).

IT IS SO ORDERED.

| | Initials of Preparer | kd |
|---|---|---|